UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT MORGAN #596132,

    Plaintiff,

v

GEORGE JOHNSON, SUE BUSKIRK, SUBRINA AIKEN, KEITH PAPENDICK, ANDREA LINDHOUT, LYLE MINDLIN, RICHARD HARBAUGH, and RICHARD RUSSELL,

    Defendants.

NO. 1:17-cv-206

HON. GORDON J. QUIST

MAG. RAY KENT

_____/

## Exhibit B

Affidavit of Richard Harbaugh, R.N.
(unavailable for signing; will be filed upon receipt)